# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>45th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | | **CASE NO.**<br>19-060-NO |

**Court address**
Courts Building, 125 West Main Street, PO Box 189, Centreville, MI 49032

**Court telephone no.**
269-467-5531

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Sarah J. Ussery<br>12033 Shavenhead Lake<br>Jones, MI 49061-9766 | v | Menard, Inc.<br>United States Corporation Company<br>601 Abbot Road<br>East Lansing, MI 48823 |

Plaintiff's attorney, bar no., address, and telephone no.
James M. Giffels (P51459)
Giffels Law Office, PLLC
410 E. Centre Avenue
Portage, MI 49002
(269) 381-4172

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☑ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to file **a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk Lindsay Oswald |
|---|---|---|
| February 13, 2019 | May 15, 2019 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.   Deputy

MC 01 (8/18) **SUMMONS**   MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105

**SUMMONS**
Case No. 19-060-NO

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
  List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____ Signature: _____
                        Date                     Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                    Attachments

_____ on _____
                   Day, date, time

_____ on behalf of _____
Signature



## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF ST JOSEPH

SARAH J. USSERY,

        Plaintiff,               Case No: 19-060-NO

v

MENARD, INC,

        Defendant.

---

JAMES M. GIFFELS (P51459)
Attorney for Plaintiff
410 E. Centre Avenue
Portage, MI 49002
(269) 381-4172

---

### COMPLAINT WITH JURY DEMAND

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

Plaintiff states:

1. Plaintiff is a resident of Cass County, Michigan.

2. Defendant is a Foreign Profit Corporation conducting business in St. Joseph County, Michigan.

3. On August 11, 2018, Plaintiff was a business invitee at Defendant's home improvement store located at 1001 Warner Drive in Three Rivers, Michigan, County of St. Joseph.

4. On this date, Plaintiff was a business invitee who was shopping with her husband at Defendant's store in Three Rivers, Michigan when the Defendant's employee

negligently and without warning caused wood trim to fall directly onto Plaintiff's head in the check-out lane.

5. At all relevant times, Defendant owed to Plaintiff the following duties and obligations, among others:

   a. to use ordinary care for the safety of customers;
   b. to warn customers of such potential harm;
   c. to avoid dangerous and reckless acts which could present customers with unreasonable risk of harm;
   d. to act as a reasonable cashier under like and similar circumstances.

6. Defendant negligently breached all of the duties and obligations, among others.

7. As a direct and proximate result of Defendant's negligence, Plaintiff has sustained the following injuries and damages:

   a. TMJ/TMD dysfunction
   b. cervical/cranial myofascial disorder
   c. pain, suffering and emotional distress
   d. loss of normal enjoyment of life
   e. continuing medical expenses, including expenses for
      i. urgent care,
      ii. physical therapy,
      iii. continuing diagnostic tests and evaluations,
      iv. prescriptive medicines, and
      v. ongoing medical treatment
      vi. other damages/injuries whose existence shall become known through the course of litigation

Plaintiff requests the court to award fair and reasonable damages in excess of $25,000, together with costs, interest, and attorney fees.

## JURY DEMAND

Plaintiff demands a jury trial in this matter.

Dated: February 6, 2019.

GIFFELS LAW OFFICE, PLLC

By: _____
James M. Giffels (P51459)
Attorney for Plaintiff

2